**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABRAHAM URIBE, | No.   14-73559 |
| Petitioner, | Agency No. A200-505-536 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 18, 2017**

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Abraham Uribe, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's denial of his motion to terminate proceedings. We dismiss the petition for

review.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\**       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Uribe's unexhausted contentions regarding the effect of California Penal Code § 1203.43 on his controlled substance conviction. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented to the agency in the alien's proceedings).

We also lack jurisdiction to review Uribe's request for remand for purposes of seeking a favorable exercise of prosecutorial discretion. *See Vilchiz-Soto v. Holder,* 688 F.3d 642, 644 (9th Cir. 2012) (order).

**PETITION FOR REVIEW DISMISSED.**